## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ARTHUR HERRING, III,

    Debtor.

_____/

Case No.: 20-12141-MDC

Chapter 7

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

ARTHUR HERRING, III,

    Defendant.

_____/

Adv. Case No.: 20-00180

## ORDER

**AND NOW**, upon consideration of the Plaintiff's Motion for Final Summary Judgment as to the Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(6) (the "Motion for Summary Judgment") and the accompanying memoranda of law in support and opposition of the Motion for Summary Judgment, and for the reasons set forth in the accompanying Opinion,

It is hereby **ORDERED** that:

1. The Motion for Summary Judgment is **GRANTED**.

2. The full amount of the $849,347.92 final judgment entered against defendant Arthur Herring, III ("Defendant") in the Florida Lawsuit (as that term is defined in the Motion for Summary Judgment) is **NONDISCHARGEABLE** under 11 U.S.C. § 523(a)(6).

Date: _____

                                                              _____
                                                              **MAGDELINE D. COLEMAN**
                                                             **CHIEF U.S. BANKRUPTCY JUDGE**