**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ARTHUR HERRING, III | : | NO. 20-12141 |
| Debtor | : | |
| | : | CHAPTER 7 |

---

| | | |
|---|---|---|
| NITV FEDERAL SERVICES, LLC | : | |
| Plaintiff | : | NO. 20-180 |
| VS. | : | |
| | : | |
| ARTHUR HERRING, III | : | |
| Defendant | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS**
**MOTION FOR SUMMARY JUDGMENT**

1. Admitted.

2. Denied to the extent that this allegation is inconsistent with the Florida complaint and the courts findings including its order dated December 16, 2019, and to the extent that the same contains conclusions of law.

3. Denied to the extent that this allegation is inconsistent with the Florida complaint and the courts findings including its order dated December 16, 2019, and to the extent that the same contains conclusions of law.

4. Admitted.

5. Denied as a conclusion of law.

6. Denied to the extent that this allegation is inconsistent with the Florida complaint and the courts findings including its order dated December 16, 2019, and to the extent that the same contains conclusions of law.

WHEREFORE, Defendant respectfully requests the Motion be denied.

Respectfully Submitted,
/s/Matthew R. Nahrgang

_____
Matthew R. Nahrgang,
Attorney for Defendant