UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ARTHUR HERRING, III,

    Debtor.
_____/

Case No.: 20-12141-MDC

Chapter 7

NITV FEDERAL SERVICES, LLC,

    Plaintiff,
v.

ARTHUR HERRING, III,

    Defendant.
_____/

Adv. Case No.: 20-00180

## JOINT STATEMENT REGARDING COURT-ANNEXED MEDIATION

Plaintiff NITV Federal Services, LLC ("Plaintiff") and defendant Arthur Herring, III ("Defendant"), through their respective counsel and pursuant to the Court's Pretrial Scheduling Order [D.E. 5], hereby submit this joint statement with respect to participation in the court-annexed mediation program:

Given the nature of this adversary proceeding and the litigation history between the parties, Plaintiff and Defendant do not consent to participate in the court-annexed mediation program.

Dated: July 29, 2020.

| | |
|---|---|
| DEAN E. WEISGOLD PC<br>1835 Market Street<br>Suite 1215<br>Philadelphia, PA 19103<br>Telephone: (215) 979-7602 | NAHRGANG & ASSOCIATES, P.C.<br>35 Evansburg Road<br>Collegeville, PA 19426<br>Telephone: (610) 489-3041<br>mnahrgang@verizon.net |

dean@weisgoldlaw.com

By: /s/ Dean E. Weisgold, Esq.
    Dean E. Weisgold, Esq.

DESOUZA LAW, P.A.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (954) 603-1340
DDesouza@desouzalaw.com

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291
    ***Admitted Pro Hac Vice***

***Attorneys for Plaintiff***

By: /s/ Matthew R. Nahrgang, Esq.
    Matthew R. Nahrgang, Esq.

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

    By:    /s/ Dean E. Weisgold
                Dean E. Weisgold, Esq.