**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
35 Evansburg Road
**Collegeville, PA 19426**
(610)489-3041
E-Mail mnahrgang@verizon.net

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Arthur Herring, III | : | NO. 20-12141 |
| Debtor | : | |
| | : | CHAPTER 7 |

---

| | | |
|---|---|---|
| NITV FEDERAL SERVICES, LLC | : | |
| Plaintiff | : | NO. 20-180 |
| VS. | : | |
| | : | |
| Arthur Herring, III | : | |
| Defendant | : | |

**RULE 26(a)(3) PRETRIAL DISCLOSURES**
**ON BEHALF OF DEFENDANT, ARTHUR HERRING, III**

Defendant files his Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) in opposition to Complaint to Determine Dischargeability.

I. **WITNESSES EXPECTED TO BE CALLED**

Arthur Herring, III .

II. **WITNESSES to be PRESENTED IF THE NEED ARISES**

None.

III. **EXPERT WITNESSES EXPECTED TO BE CALLED**

None.

**IV.     DOCUMENTS EXPECTED TO BE INTRODUCED**

None.

**V.      DOCUMENTS TO BE INTRODUCED, IF THE NEED ARISES**

1.   TBD.

**VI.     RESERVATIONS**

Defendant reserve the right to call any witnesses and use any documents listed on Plaintiff's Pretrial Disclosures. Defendant further reserves the right to call any witnesses and use any documents in rebuttal to the evidence presented by Plaintiff.

Respectfully submitted,

/s/ Matthew R. Nahrgang

_____
Matthew R. Nahrgang,
Attorney for Defendant