## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ARTHUR HERRING, III,

    Debtor.

Case No.: 20-12141-MDC

Chapter 7

_____/

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

ARTHUR HERRING, III,

    Defendant.

Adv. Case No.: 20-00180

Hearing: December 2, 2020 at 10:30 a.m.
Courtroom 2, 900 Market Street
Philadelphia, PA

_____/

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

NITV FEDERAL SERVICES, LLC ("NITV") has filed a Motion to Strike or, Alternatively, to Dismiss Bankruptcy for Willful Violation of Permanent Injunction Pursuant to 11 U.S.C. § 523(a)(6).

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in connection with this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

1.     If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 9, 2020, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

        Clerk's Office, U.S. Bankruptcy Court
        The Robert Nix Building
        900 Market Street
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above;

    (b)  mail a copy to the movant's attorney:

        Dean E. Weisgold, Esquire
        1835 Market Street, Suite 1215
        Philadelphia, PA 19103

2.    If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdaline Coleman on December 2, , 2020 at 10:30 am in Courtroom 2, United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1 (b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

                              **DEAN E. WEISGOLD, P.C.**

                              By: _____
                              Dean E. Weisgold, Esquire
                              1835 Market Street, Suite 1215
                              Philadelphia, PA 19103
                              215-979-7602
                              Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ARTHUR HERRING, III,

    Debtor.

_____/

Case No.: 20-12141-MDC

Chapter 7

NITV FEDERAL SERVICES, LLC,

    Plaintiff,

v.

ARTHUR HERRING, III,

    Defendant.

_____/

Adv. Case No.: 20-00180

## CERTIFICATE OF SERVICE

Dean E. Weisgold, Esquire, hereby certifies that a true and correct copy of the within Plaintiff's Notice of Motion, Response Deadline and Hearing Date was served by first class mail, postage prepaid and email to the pro-se debtor as follows:

> Arthur Herring, III
> PO Box 43
> Earlington, PA 18918
> Email: hearthur20@protonmail.com

**DEAN E. WEISGOLD, P.C.**

By: _/s/ Dean_
Dean E. Weisgold
Attorney for Plaintiff
1835 Market Street, Suite 1215
Philadelphia, PA 19103
(215) 979-7602
dean@weisgoldlaw.com

Dated: 10/26/2020