| | |
|---|---|
| **From:** | herthur20 |
| **To:** | Carol Pyle |
| **Subject:** | change of address |
| **Date:** | Thursday, October 22, 2020 8:30:55 AM |

**CAUTION - EXTERNAL:**

Dear Carol,

    My former attorney nahrgang said I should send you a new address and phone number to contact me because he is no longer my attorney.

  Arthur Herring III
  PO Box 43
   Earlington, PA  18918

Sincerely,
Arthur Herring III


Sent with ProtonMail Secure Email.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.