## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| In Re: NITV Federal Services, LLC | Chapter: 7 |
| Plaintiff | |
| v. | Bankruptcy No. 20−12141−mdc |
| Arthur Herring III | |
| Defendant | Adversary No. 20−00180−mdc |

---

### *NOTICE OF TRIAL*

PLEASE TAKE NOTICE that a TRIAL will be held on the above captioned matter before the Honorable Magdeline D. Coleman , United States Bankruptcy Court

    on: 5/14/21

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Dated: 2/17/21

    For The Court

    Timothy B. McGrath
    Clerk of Court